CENTRAL PARK STUDIOS et al., Respondents, v. RICHARD EYRE, Defendant-Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CENTRAL HANOVER BANK AND TRUST COMPANY, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. [25 Spruce St., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

MONO BENSON, as Administratrix of the Estate of HARRY BENSON, Deceased, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.